UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/2014
```

UNITED STATES OF AMERICA

-v-

EDWIN RUIZ,

Defendant.

No. 11-cr-676 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of Defendant's pro se motion seeking reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2) in light of the Sentencing Commission's recent decision to make retroactive proposed amendments to the drug quantity table in the Sentencing Guidelines. Because the aforementioned amendments to the Sentencing Guidelines will not become effective, if at all, until November 1, 2014, Defendant's motion is premature. Accordingly, IT IS HEREBY ORDERED THAT Defendant's motion is denied without prejudice to renewal. Should Congress allow the amendments to become effective – or, more specifically, should Congress take no action to disapprove the amendments – Defendant may renew his motion.

SO ORDERED.

Dated:   August 29, 2014
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

<u>A copy of this Order has been mailed to:</u>
Edwin Ruiz (65466-054)
FCI Loretto
Federal Correction Institution
P.O. Box 1000
Loretto, PA 15940