UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

EDWIN RUIZ,

           Supervisee.

No. 11-cr-676-8 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT Supervisee Ruiz shall appear before this Court on Friday, April 23, 2021 at 10:00 a.m. for a status conference concerning the specifications of his violation of supervised release.  IT IS FURTHER ORDERED THAT David Ruhnke is appointed as counsel pursuant to 18 U.S.C. § 3006A to represent Ruiz at the April 23, 2021 conference.  Mr. Ruhnke shall file a notice of appearance in Case No. 11-cr-676-8.  The Clerk of Court is respectfully directed to mail a copy of this order to Ruiz.

In light of the ongoing COVID-19 pandemic, Ruiz and his counsel, Mr. Ruhnke, shall inform the Court in writing by Thursday, April 15, 2021 as to whether Ruiz prefers to appear in person or remotely via ZoomGov videoconference.  If the latter, counsel shall review with Ruiz the attached Waiver of Right to be Present at Criminal Proceeding form, which shall then be executed and submitted to the Court.  The Court will then issue further instructions concerning the requested videoconference. Members of the public may monitor the proceedings via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:     April 8, 2021
            New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA

                -v-                                              WAIVER OF RIGHT TO BE PRESENT AT
                                                                 CRIMINAL PROCEEDING
EDWIN RUIZ
                           Supervisee.                           11-cr-676-8 (RJS)
-----------------------------------------------------------------X
```

___     Supervised Release Conference

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time the conditions of my release on supervision or my remand to custody are discussed. I have discussed these rights with my attorney and wish to give up these rights for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic.  I request that my attorney and I be permitted to participate by telephone, or if it is reasonably available by videoconferencing, in any conference with the court at which such conditions or my remand are discussed.

Date:       _____
            Signature of Defendant


            _____
            Print Name

I hereby affirm that I am aware of my obligation to discuss with my client the specifications of violation of supervised release, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form.  I affirm that my client knowingly and voluntarily consents to the proceedings being held without my client being physically present in court.

Date:       _____
            Signature of Defense Counsel


            _____
            Print Name


**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant.  The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it.  The interpreter's name is:

_____.

Date:       _____
              Signature of Defense Counsel



**Accepted:**   _____
                Signature of Judge
                Date: