# RUHNKE & BARRETT
ATTORNEYS AT LAW

47 PARK STREET
MONTCLAIR, N.J. 07042
973-744-1000
973-746-1490 (FAX)

29 BROADWAY
SUITE 1412
NEW YORK, N.Y.  10006
212-608-7949

DAVID A. RUHNKE (davidruhnke@ruhnkeandbarrett.com)   ◊   JEAN D. BARRETT (jeanbarrett@ruhnkeandbarrett.com)

---

ALL CORRESPONDENCE/PACKAGES TO MONTCLAIR OFFICE PLEASE

April 15, 2021

SERVED AND FILED VIA ECF
Hon. Richard J. Sullivan, U.S.Cir.J. (by designation)
Thurgood Marshall United States Courthouse
40 Foley Square
New York, N.Y. 10007

Re:   *United States v. Edwin Ruiz*, 11-cr-676(RJS)

Dear Judge Sullivan:

This letter is respectfully submitted in reply to the order entered on April 8, 2021 (ECF-239) directing counsel to inform the Court by today's date of Mr. Ruiz' preference regarding the scheduled April 23, 2021 status conference in this matter. Mr. Ruiz requests to appear remotely via a ZoomGov videoconference. A waiver of his personal appearance is Attachment A to this submission.

Respectfully yours,
*/s/ David A. Ruhnke*
David A. Ruhnke

cc:   Sarah Kushner, A.U.S.A. (via ECF)
      Edwin Ruiz (via email)

IT IS HEREBY ORDERED THAT the status conference on April 23, 2021 at 10:00 a.m. will take place via ZoomGov videoconference. The Court will issue further instructions to the parties concerning the requested videoconference. Members of the public may monitor the proceedings via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.
SO ORDERED.

SO ORDERED:  _/s/ R. Sullivan_____
Dated: 04/19/2021    RICHARD J. SULLIVAN
U.S.C.J., Sitting by Designation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

        -v-

EDWIN RUIZ

                    Supervisee.
------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

11-cr-676-8 (RJS)

☑ Supervised Release Conference

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time the conditions of my release on supervision or my remand to custody are discussed. I have discussed these rights with my attorney and wish to give up these rights for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic. I request that my attorney and I be permitted to participate by telephone, or if it is reasonably available by videoconferencing, in any conference with the court at which such conditions or my remand are discussed.

Date: 04.15.2021

Signature of Defendant: *Edwin Ruiz / by DR w/ permission*

Print Name: EDWIN RUIZ

I hereby affirm that I am aware of my obligation to discuss with my client the specifications of violation of supervised release, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form. I affirm that my client knowingly and voluntarily consents to the proceedings being held without my client being physically present in court.

Date: 04.15.2021

Signature of Defense Counsel: *David A. Ruhnke*

Print Name: DAVID A. RUHNKE

**Addendum for a defendant who requires services of an interpreter:** n/a

I used the services of an interpreter to discuss these issues with the defendant. The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it. The interpreter's name is:

_____.

Date: _____

        Signature of Defense Counsel

Accepted: _____

        Signature of Judge
        Date:

2

ATTACHMENT A