# RUHNKE & BARRETT
ATTORNEYS AT LAW

47 PARK STREET
MONTCLAIR, N.J. 07042
973-744-1000
973-746-1490 (FAX)

29 BROADWAY
SUITE 1412
NEW YORK, N.Y. 10006
212-608-7949

DAVID A. RUHNKE (davidruhnke@ruhnkeandbarrett.com)  ◊  JEAN D. BARRETT (jeanbarrett@ruhnkeandbarrett.com)

---

ALL CORRESPONDENCE/PACKAGES TO MONTCLAIR OFFICE PLEASE

April 23, 2021

IT IS HEREBY ORDERED that Supervisee's request to travel to Montclair, NJ on April 27, 2021 is GRANTED.

SO ORDERED: _____
Dated: 04/26/21   RICHARD J. SULLIVAN
U.S.C.J., Sitting by Designation

SERVED AND FILED VIA ECF
Hon. Richard J. Sullivan, U.S.Cir.J. (by designation)
Thurgood Marshall United States Courthouse
40 Foley Square
New York, N.Y. 10007

Re: *United States v. Edwin Ruiz*, 11-cr-676(RJS)

Dear Judge Sullivan:

During today's conference, the Court expressed its wish to be advised when Mr. Ruiz wishes to travel out of the Southern District of New York. This letter is respectfully submitted to request permission for Mr. Ruiz to travel to and from my Montclair, NJ office for a 12 noon meeting on Tuesday, April 27. Mr. Ruiz would leave the district at approximately 11am and return no later than 5pm.

Your Honor's time and attention to this matter are appreciated.

Respectfully yours,
*/s/ David A. Ruhnke*
David A. Ruhnke

cc: Sarah Kushner, A.U.S.A. (via ECF)
US Probation (via email)
Edwin Ruiz (via email)