UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v- | No. 11-cr-676-8 (RJS) |
| EDWIN RUIZ, | <u>ORDER</u> |
| Supervisee. | |

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of a letter from defense counsel concerning the Supervisee's alleged violation of the terms of his supervised release ("VOSR"). As part of that submission, counsel requests that the letter be filed under seal in light of the sensitive medical and personal information contained therein. Although the Court finds the presumption of open records has been rebutted with respect to portions of the letter, *see United States v. Amodeo*, 71 F.3d 1044, 1047–50 (2d Cir. 1995), the Court is not persuaded that sealing of the entire letter is warranted. Accordingly, IT IS HEREBY ORDERED THAT Supervisee shall file with the Court a redacted version of its letter no later than May 28, 2021, along with a written submission, to be filed under seal, articulating why the proposed redactions are warranted under *Amodeo* and its progeny. In the interim, the Court will delay docketing of Supervisee's submission in the interest of justice.

SO ORDERED.

Dated: May 24, 2021
       New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation