UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>EDWIN RUIZ,<br><br>      Supervisee. | No. 11-cr-676-8 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

  IT IS HEREBY ORDERED THAT the parties shall appear before the Court for an evidentiary hearing on Thursday, August 26, 2021 at 10:00 a.m. at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007. The government shall file its witness list, exhibit list, and 3500 material by August 5, 2021. In the event that Supervisee intends to call additional witnesses or introduce other exhibits, he shall file his submission by August 12, 2021. SO ORDERED.

Dated: July 15, 2021
    New York, New York

                      _____
                      RICHARD J. SULLIVAN
                      UNITED STATES CIRCUIT JUDGE
                      Sitting by Designation