# RUHNKE & BARRETT
ATTORNEYS AT LAW

47 PARK STREET
MONTCLAIR, N.J. 07042
973-744-1000
973-746-1490 (FAX)

29 BROADWAY
SUITE 1412
NEW YORK, N.Y. 10006
212-608-7949

DAVID A. RUHNKE (davidruhnke@ruhnkeandbarrett.com)   ◊   JEAN D. BARRETT (jeanbarrett@ruhnkeandbarrett.com)

---

ALL CORRESPONDENCE/PACKAGES TO MONTCLAIR OFFICE PLEASE

July 27, 2021

SERVED AND FILED VIA ECF AND EMAIL TO CHAMBERS

Hon. Richard J. Sullivan, U.S.Cir.J. (sitting by designation)
Thurgood Marshall United States Courthouse
40 Foley Square
New York, N.Y. 10007

IT IS HEREBY ORDERED that Supervisee's travel request is GRANTED. Supervisee shall communicate with Officer Greene as described in the letter below.

SO ORDERED: _____
Dated: 07/27/21   RICHARD J. SULLIVAN
U.S.C.J., Sitting by Designation

Re:   *United States v. Edwin Ruiz*, 11-cr-676(RJS)

Dear Judge Sullivan:

I write, respectfully, seeking the Court's permission for Mr. Ruiz to make a roundtrip drive to and from Reading, PA later this week, most likely on Thursday, July 29. The purpose of the trip is for him to sign paperwork at a car dealership in Reading, PA, reassigning title of his automobile so that he may register it in New York State where he resides. I personally verified with the dealership the need for Mr. Ruiz to appear in person

Mr. Ruiz has discussed this proposal with United States Probation Officer Hillel Greene, who informed Mr. Ruiz, and later confirmed to me, that Probation has no objection. AUSA Sarah Kushner has authorized me to inform Your Honor that the United States will defer to Probation on this matter. Mr. Ruiz will provide Probation with the address he is travelling to and from and will call Officer Greene when he departs and returns.

Your Honor's time and attention to this matter are appreciated.

Respectfully yours,
*/s/ David A. Ruhnke*
David A. Ruhnke

cc:   Sarah Kushner, A.U.S.A. (via ECF and email)
Hillel Greene, US Probation (via email)
Edwin Ruiz (vias email)