UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    -v-<br><br>EDWIN RUIZ,<br><br>                   Supervisee. | No. 11-cr-676-8 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT the evidentiary hearing previously scheduled for September 30, 2021 is adjourned to Tuesday, October 5, 2021 at 10:00 a.m. at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.  The government shall file its witness list, exhibit list, and 3500 material by September 27, 2021.  In the event that Supervisee intends to call additional witnesses or introduce other exhibits, he shall file a submission by October 1, 2021.

SO ORDERED.

Dated:        September 2, 2021
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation