# RUHNKE & BARRETT
ATTORNEYS AT LAW

47 PARK STREET
MONTCLAIR, N.J. 07042
973-744-1000
973-746-1490 (FAX)

29 BROADWAY
SUITE 1412
NEW YORK, N.Y. 10006
212-608-7949

DAVID A. RUHNKE (davidruhnke@ruhnkeandbarrett.com)   ◊   JEAN D. BARRETT (jeanbarrett@ruhnkeandbarrett.com)

---

ALL CORRESPONDENCE/PACKAGES TO MONTCLAIR OFFICE PLEASE

September 27, 2021

SERVED AND FILED VIA ECF AND EMAIL TO CHAMBERS

Hon. Richard J. Sullivan, U.S.Cir.J. (by designation)
Thurgood Marshall United States Courthouse
40 Foley Square
New York, N.Y. 10007

Re:   *United States v. Edwin Ruiz*, 11-cr-676(RJS)

Dear Judge Sullivan:

I would like to meet with Mr. Ruiz in my New Jersey office on Friday, October 1, 2021. This will be a preparation session for the upcoming October 5 VOSR hearing. The Court has expressed its wish to be advised when Mr. Ruiz wishes to travel out of the Southern District of New York. This letter is respectfully submitted to request that permission. If approved, he will travel to and from my Montclair, NJ office for a 10:00 meeting on Friday, October 1, 2021. Mr. Ruiz would leave the district at approximately 8:30 am and return no later than 4:00 pm.

Your Honor's time and attention to this matter are appreciated.

Respectfully yours,
*/s/ David A. Ruhnke*
David A. Ruhnke

cc:   Sarah Kushner, A.U.S.A. (via ECF)
US Probation (via email)
Edwin Ruiz (via email)

```
IT IS HEREBY ORDERED that Supervisee's travel request is GRANTED.
Supervisee is permitted to travel to Montclair, New Jersey between the
hours of 8:30 a.m. and 4:00 p.m. on October 1, 2021, for the purpose of
meeting with his counsel.
```

SO ORDERED: _____
Dated: 09/29/21           RICHARD J. SULLIVAN
                          U.S.C.J., Sitting by Designation