UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    -v-

EDWIN RUIZ,

                Supervisee.

No. 11-cr-676-8 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    At the conclusion of the October 5, 2021 evidentiary hearing in this matter, the Court continued the hearing to Wednesday, October 13, 2021 at 10:00 a.m.  The hearing will take place in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.  Members of the public may monitor the proceeding either in-person in Courtroom 21C or via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:    October 8, 2021
            New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation