UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

EDWIN RUIZ,

Supervisee.

No. 11-cr-676-8 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT the evidentiary hearing currently scheduled for 10:00

a.m. on Wednesday, October 13, 2021 is adjourned to 11:00 a.m. on that same day.  The hearing

will take place in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street,

New York, New York 10007.

SO ORDERED.

Dated:      October 12, 2021
            New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation