UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

   -v-

EDWIN RUIZ,

              Supervisee.

No. 11-cr-676-8 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The parties have requested an additional adjournment to accommodate their schedules. With the consent of the parties, IT IS HEREBY ORDERED THAT the evidentiary hearing currently scheduled for 11:00 a.m. on Wednesday, October 13, 2021 in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007 is adjourned to 12:30 p.m. on that same day.

SO ORDERED.

Dated:    October 12, 2021
            New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation