UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

   -v-

EDWIN RUIZ,

             Supervisee.

No. 11-cr-676-8 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT Supervisee's sentencing will take place on Friday, November 12, 2021 at 10:00 a.m. in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.  Members of the public may monitor the proceeding either in-person in Courtroom 21C or via the Court's free audio-line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:    November 8, 2021
             New York, New York

                                             RICHARD J. SULLIVAN
                                             UNITED STATES CIRCUIT JUDGE
                                             Sitting by Designation