# RUHNKE & BARRETT
ATTORNEYS AT LAW

47 PARK STREET
MONTCLAIR, N.J. 07042
973-744-1000
973-746-1490 (FAX)

29 BROADWAY
SUITE 1412
NEW YORK, N.Y. 10006
212-608-7949

DAVID A. RUHNKE (davidruhnke@ruhnkeandbarrett.com)   ◊   JEAN D. BARRETT (jeanbarrett@ruhnkeandbarrett.com)

LETTER-MOTION REQUESTING EXTENSION OF
DATE FOR SELF-SURRENDER

November 14, 2021

Hon. Richard J. Sullivan, United States Circuit Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, N.Y. 10007

IT IS HEREBY ORDERED that Supervisee's request is DENIED.

SO ORDERED:
Dated: 11/15/21
RICHARD J. SULLIVAN
U.S.C.J., Sitting by Designation

Re:   *United States v. Edwin Ruiz*, 11-cr-676(RJS)

Dear Judge Sullivan:

    At the conclusion of the November 12 sentencing hearing in this matter, Your Honor, as reflected in the judgment entered on November 15. (ECF-317), permitted Mr. Ruiz to self-surrender to the institution designated by the Federal Bureau of Prisons ("BOP") for service of his 20-months sentence. A reporting date of November 29, 2021 was established.

    Mr. Ruiz very much appreciated that courtesy and now respectfully requests that the surrender date be extended to and including January 3, 2022. This would accomplish two things: (1) his presence with his family through the year-end holidays; and (2), the later date would increase the chances of BOP having made a designation determination in advance of the surrender date. This would obviate the necessity of, for example, Mr. Ruiz surrendering himself to the U.S. Marshal on November 29 and remaining housed at MCC/NY while the designation process is completed, at which time he would then be transferred to another BOP institution.

    Your Honor's attention to this request is appreciated.

                                         Respectfully yours,
                                         *David A. Ruhnke*
                                         David A. Ruhnke
                                         Counsel to Edwin Ruiz

cc:    Via ECF to all parties
        Hillel Greene, USPO via email