UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>EDWIN RUIZ,<br><br>                    Supervisee. | No. 11-cr-676-8 (RJS)<br><u>ORDER</u> |

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of the attached letter from Supervisee, filed November 18, 2021, which the Court construes as a request for adjournment of Supervisee's surrender date. IT IS HEREBY ORDERED that the government is directed to respond to Supervisee's request and provide its position as to a two-week adjournment of Supervisee's surrender date by no later than Monday, November 22, 2021.

SO ORDERED.

Dated:    November 18, 2021
         New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　RICHARD J. SULLIVAN
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation

# RUHNKE & BARRETT
ATTORNEYS AT LAW

47 PARK STREET
MONTCLAIR, N.J. 07042
973-744-1000
973-746-1490 (FAX)

29 BROADWAY
SUITE 1412
NEW YORK, N.Y.  10006
212-608-7949

DAVID A. RUHNKE (davidruhnke@ruhnkeandbarrett.com)   ◊   JEAN D. BARRETT (jeanbarrett@ruhnkeandbarrett.com)

November 18, 2021

Hon. Richard J. Sullivan, United States Circuit Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, N.Y. 10007

   Re: *United States v. Edwin Ruiz*, 11-cr-676(RJS)

Dear Judge Sullivan:

  Mr. Ruiz has asked me to forward the attached letter to Your Honor.

  The status of the case is that a notice of appeal has been filed, and the case is docketed in the Second Circuit as *United States v. Canales (Ruiz)*, Docket No. 21-2854. For the Court's information, I have advised the Second Circuit that I will be unable to accept an appointment to represent Mr. Ruiz on appeal as a result of a conflict concerning the quality of my representation of him before this Court.

        Respectfully yours,
        *David A. Ruhnke*
        David A. Ruhnke
        Counsel to Edwin Ruiz

cc: Via ECF to all parties

judge Sullivan ,
I am writing this letter respectfully and only asking for you to give me a chance. I've done very well for the past four years and in the past I never gave you or the courts no reason for you not to grant me this extension so I can close out my company properly and
return vehicles to my customers
that are still in prime stages of getting worked on and finished.
Also for me to get paid and I can pay out for the vehicles to get released and turn them in back to my clients. My wife doesn't drive, doesn't have a driver's license and does not know how to operate and deal with my company's Daily base or functions or deal with my associates and shop. The shops are located in the Bronx , various locations on park ave and they do not know who my wife is.
Also I need time to close out our apartment and find a place to place my family in. My wife is a stay at home mom, she has no income. If I don't find a place for my family they will end up in a shelter which is very dangerous for my kids with all this pandemic going on. Your honor I think 2 weeks is not enough time almost impossible especially with this Covid situation we are experiencing it's hard to find an apartment and have things in order within two weeks.

On Monday the 15th I got confirmation about the 2020 ram vehicle I am working on and they said the check is on the way to my current address and it will take about 10-12 days for me to receive the payment and deposit so I can pay the vehicle out for parts and labor and my client can pick it up . Also I have parts coming in to put back together a 1978 mg and give back to my client and explain my situation so that she may pick up her car . I do not have any way to store these vehicles in my time of absence. Your honor , not only I ask but I beg you for this extension so that I can have things in order properly again I never knew that I was facing 18 to 24 months until sentencing day and got sentenced i didn't even know that. If I did I would have done this before hand and took more caution. I humbly apologize for this but only for this to be done in a realistic timely matter for my family's sake . Again I was never informed properly I have ask my lawyer for all physical documents regarding this case and I still have not received them . My lawyer we have had a difficult time communicating. Also he never told me to write to you on the case. He made some statement for me to say to you I did not write or put that together I am sorry for this confusion but I was just as shock and confused while all this was happening . I humbly apologize for my actions and will face my consequences as expected also this time will let me get designated and I can turn myself in to that facility name and location. I'm only asking for an extension to get myself and things in order again properly and is for the well-being of my children I humbly apologize and I'm asking you to please consider not for me but for my kids.

Thank you Edwin Ruiz

1