UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

EDWIN RUIZ,

Supervisee.

No. 11-cr-676-8 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

On November 18, 2021, the Court received a letter from Supervisee which the Court construed as a request for adjournment of Supervisee's surrender date.  (Doc. No. 321.)  The government does not object to Supervisee's request.  (Doc. No. 323.)  IT IS HEREBY ORDERED that Supervisee's surrender date, originally scheduled for November 29, 2021, shall be adjourned for two weeks to December 13, 2021.

SO ORDERED.

Dated:        November 22, 2021
              New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation